Ct Exh. 1
9/12/07

# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA         :

        v.                             :

                                                      07 Cr.         07 CRIM. 858

TEOVALDO ODONEL BELLIARD ROJAS,  :
   a/k/a "Oscar Rivera Nazario,"

                                              :

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TEOVALDO ODONEL BELLIARD ROJAS, a/k/a "Oscar Rivera Nazario,"** the above-named defendant, who is accused of violating Title 18, United States Code, Sections 641 and 1542, having been advised of the nature of the charges and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for Defendant

Date:   White Plains, New York
        ~~August~~     , 2007
        September 12