UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA )
) 
) **NOTICE OF APPEARANCE AND REQUEST**
v. ) **FOR ELECTRONIC NOTIFICATION**
) 07 Cr. 0858
TEOVALDO ODONEL BELLIARD ROJAS )
)
Defendants. )

TO:  Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

           Respectfully submitted,

           MICHAEL J. GARCIA
           United States Attorney for the
           Southern District of New York

By:    /s/ Nicholas L. McQuaid
       Nicholas L. McQuaid
       Assistant United States Attorney
       (914) 993-1936
       Nicholas.McQuaid@usdoj.gov