UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,                  :

      -against-                                       :     07 Cr. 858 (CLB)(LMS)

TEOVALDO ODONEL BELLIARD ROJAS,   :
a/k/a "Oscar Rivera Nazario,",                      :

                                                                :
               Defendant.
                                                                :
-----------------------------------------------------------x

<u>Brieant, J.</u>

ORDER ACCEPTING PLEA ALLOCUTION

      The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa Margaret Smith, United States Magistrate Judge, dated December 11, 2007, is approved and accepted.

      The Clerk of the Court is directed to enter the plea.

SO ORDERED.

Dated:
          White Plains, New York
          December 12, 2007

                                                             Charles L. Brieant
                                                     United States District Judge