UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
UNITED STATES OF AMERICA

       -against-                  07 Cr. 858-01 (CLB)


TEOVALDO ODONEL BELLIARD-ROJAS
                   Defendant.

----------------------------------------------------X
Brieant, J.


      Defendant Teovaldo Odonel Belliard-Rojas is sentenced to time served, subject to detainer on file.


      SO ORDERED.

Dated: White Plains, NY
       December 12, 2007

                                                            Charles L. Brieant, U.S.D.J.